**07 C 6552**

Int. Cl.: **10**

Prior U.S. Cls.: **26, 39 and 44**

**United States Patent and Trademark Office**

Reg. No. **2,504,470**
Registered **Nov. 6, 2001**

**JUDGE KENDALL**
**MAGISTRATE JUDGE COLE**

## TRADEMARK
## PRINCIPAL REGISTER

## HEELIFT

DM SYSTEMS, INC. (ILLINOIS CORPORATION)
1316 SHERMAN AVENUE
EVANSTON, IL 60201

FOR: HEEL SUPPORTING BOOT FOR USE BY BED PATIENTS FOR THE PREVENTION AND TREATMENT OF ANKLE, FOOT AND HEEL SORES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 9-1-1993; IN COMMERCE 9-1-1993.

OWNER OF U.S. REG. NO. 1,884,414.

SEC. 2(F).

SER. NO. 76-198,223, FILED 1-23-2001.

ALEXANDER L. POWERS, EXAMINING ATTORNEY



EXHIBIT 1

 United States Patent and Trademark Office

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 13 04:09:01 EDT 2007*



Please logout when you are done to release system resources allocated for you.

List At: ☐ OR Jump to record: ☐ **Record 6 out of 10**

( *Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | HEELIFT |
| **Goods and Services** | IC 010. US 026 039 044. G & S: HEEL SUPPORTING BOOT FOR USE BY BED PATIENTS FOR THE PREVENTION AND TREATMENT OF ANKLE, FOOT AND HEEL SORES. FIRST USE: 19930901. FIRST USE IN COMMERCE: 19930901 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76198223 |
| **Filing Date** | January 23, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 14, 2001 |
| **Registration Number** | 2504470 |
| **Registration Date** | November 6, 2001 |
| **Owner** | (REGISTRANT) DM Systems, Inc. CORPORATION ILLINOIS 1316 Sherman Avenue Evanston ILLINOIS 60201 |
| **Attorney of Record** | GARY R GILLEN |
| **Prior Registrations** | 1884414 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | | CURR LIST |

| | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY