**DAJ**
**07 C 6552**

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-077-005

EFFECTIVE DATE OF REGISTRATION

Month 12  Day 21  Year 00

---

**1** TITLE OF THIS WORK ▼
HEELIFT INSTRUCTION GUIDE

NATURE OF THIS WORK ▼ See instructions
HEELIFT INSTRUCTION GUIDE

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼

---

**2** NAME OF AUTHOR ▼
a  DM Systems, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ Evanston

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map           ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph    ☒ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3** a Year in Which Creation of This Work Was Completed
1999  ◀ Year In all cases.
This information must be given

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 1  Year ▶ 1999
Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

DM Systems, Inc.
1316 Sherman Avenue
Evanston, Illinois 60201

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 21 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 21 2000

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
              • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages


EXHIBIT 3

**JUDGE KENDALL**
**MAGISTRATE JUDGE COLE**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number          Year of Registration

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP
P. Stephen Fardy
Swanson, Martin & Bell
One IBM Plaza, Suite 2900
Chicago, Illinois  60611

Area code and daytime telephone number ▶ (312) 923-8247                Fax number ( 312 ) 321-0990
Email ▶ sfardy@smbtrials.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                  check only one ▶ ☐ author
                                                  ☐ other copyright claimant
                                                  ☒ owner of exclusive right(s)
                                                  ☐ authorized agent of _____DM Systems, Inc._____
                                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
P. Stephen Fardy                                                    Date  12/14/00

Handwritten signature (X) ▼
X [signature]

| Certificate will be mailed in window envelope to this address: | Name ▼ P. Stephen Fardy |
| | Swanson, Martin & Bell |
| | Number/Street/Apt ▼ |
| | One IBM Plaza, Suite 2900 |
| | City/State/ZIP ▼ |
| | Chicago, Illinois  60611 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30

**9**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/71

## READ ME FIRST!

# Application & Fitting Guide

## Heelift® and Heelift® Smooth Suspension Boots

Heelift and Heelift Smooth Suspension Boots are medical devices designed for use as an adjunct to heel pressure prevention and treatment regimens.

Additional indications for the use of Heelift Boots include: malleolar decubitus, foot drop, flaccid paralysis (nonspastic), hip fractures (pre- and post-op) and skin grafts.

In order for Heelift Boots to offer optimal heel pressure relief, it is imperative that the boot is applied and fitted properly. It is mandatory that Heelift Suspension Boots be removed every 8-12 hours to check for ischemia or discoloration.

Since both products are designed to provide a secure, custom fit, you should have no trouble greatly reducing movement of the foot and lower leg.

However, if you need further assistance, contact a Heelift customer support representative by calling:

1-800-254-5438

*NOTE: Heelift Smooth Boot offers all of the benefits of original Heelift but features a smooth interior foam surface specifically designed for patients suffering from edema.*

*As application and fitting instructions are identical for both products, the following four-step process applies to either product.*



Shin flap · Bottom elevation pad · Padded Velcro® closures · Top elevation pad · Heel suspension opening



Shin flap · Bottom elevation pad · Padded Velcro® closures · Top elevation pad · Heel suspension opening

 **STEP 1** Open up Heelift or Heelift Smooth Boot so that the Velcro® closures and the shin flap are pulled away from the boot as shown above. Set the loose elevation pad aside.

Continued on back



**STEP 3**

Pull the shin flap by the Velcro® closures to the left, over the shin. Hold the closures down while pulling the left-hand Velcro® closures to the right. Then secure the two sets of closures together.

**STEP 4**

Test for proper fit by trying to move the boot with the patient's foot resting in it.

If there appears to be significant movement, then remove the foot and place the loose top elevation pad on top of the bottom elevation pad. (Do not pull off the paper strip that is on the bottom side of the loose elevation pad.) If the addition of the top elevation pad results in a better fit, adhere the pad to the bottom elevation pad by peeling off the paper exposing the adhesive.

**STEP 2**

Place patient's foot inside the boot with the heel positioned above the heel suspension opening, as illustrated above. The patient's heel should hang out over the bottom elevation pad.

To accommodate larger or smaller feet, this pad either may be detached and moved forward or backwards, or trimmed to allow more or less space for the heel.

**IMPORTANT!**
***The padded closures fasten together over the shin-not the foot, a common error.***



If the size of the patient prevents the heel from suspending out beyond the bottom elevation pad, then the bottom elevation pad may be repositioned or trimmed to create a larger space between the pad and the heel suspension opening.

Care of Heelift and Heelift Smooth Boots:

When Heelift becomes soiled, hand washing with cool water and a mild cleanser is recommended.

Machine washing the boot in a standard, not industrial, washer is an acceptable alternative to hand washing. The Velcro® straps should be closed and placed into a net laundry bag prior to machine washing. Machine washing may degrade adhesive

*Visit our web site for tips on customizing Heelift to your patient.*
*www.heelift.com*

## Application for Additional Uses

### Hip Fractures

To prevent external rotation as in hip fractures, secure the loose pad to the outer side of Heelift or Heelift Smooth Boot as shown at right.



### Foot Drop

To prevent foot drop, secure the loose elevation pad in a vertical position behind the sole of the foot as illustrated.





**DM Systems, Inc.**
1316 Sherman Ave. • Evanston, IL 60201
Tel: 800-254-5438 • Fax: 847-328-9561
info@dmsystems.com • www.heelift.com

 

©2000 DM Systems, Inc. All rights reserved.