# HEEL BOOST

## Pressure Reduction Heel Protector


Convoluted


Smooth

### Indications

- Assist in prevention and treatment of heel decubitus
- Helps prevent hip rotation and foot drop
- Hip fractures (pre and post operative)

### Features & Benefits

- Suspends heel area for pressure reduction
- Posterior panel helps prevent friction against bed surface
- Promotes air circulation and dissipates heat
- Available in convoluted and smooth foam construction
- Extra pads for additional elevation
- Universal in size
- Latex safe

### Product Information

| | | |
|---|---|---|
| M60-100 | Convoluted | 6/Case |
| M60-200 | Smooth | 6/Case |



DeRoyal®
200 DeBusk Lane
Powell, TN 37949
www.deroyal.com
888.93


EXHIBIT 4