



## DeRoyal Heel Boost

Single Patient Use Only • **Rx Only**

**07 C 6552**

**JUDGE KENDALL
MAGISTRATE JUDGE COLE**

### IMPORTANT INFORMATION
Please read all instructions before use. Correct application is essential to proper functioning of product.

### INDICATIONS
Prevention of heel pressure, drop foot and hip fractures (pre- and post-op)

### PRECAUTIONS
- This product is to be fitted initially by a physician (or properly licensed practitioner) who is familiar with the purpose for which they are responsible. The physician or practitioner is responsible for providing use instructions and precautions to other healthcare practitioners, care providers, and the patient
- Remove boot at least every two hours to check for skin integrity and circulation.

### APPLICATION INSTRUCTIONS
1. Open heel boot and pull back hook and loop closures and shin flap. **Note:** Set extra pad aside.
2. Place patient's foot inside the boot with the heel over-extending the elevation pad. Heel should be suspended above boot opening. **Note:** Bottom elevation pad can be detached and moved forward or backward to accommodate for variation in foot size.



Elevation pad can also be trimmed to allow for more heel space.

3. Position the shin flap over the shin and secure hook and loop straps closed over the shin area. **DO NOT FASTEN STRAPS OVER THE FOOT AREA.**



4. Ensure boot is properly applied to patient. Patient should not be able to excessively move foot while in the boot. If patient is able to significantly move the foot, remove the foot from the boot and place the extra pad on top of the attached elevation pad. **Note:** Peel the bottom paper strip off of the extra pad only after ensuring it is needed.

### APPLICATION FOR HIP FRACTURES
Secure extra pad to the outside of the boot to help prevent external hip rotation



### APPLICATION FOR FOOT DROP
To prevent foot drop secure the extra elevation pad in a vertical position between the bottom of the patient's foot and boot.



### WASHING INSTRUCTIONS
Hand wash with mild detergent and cool water. Squeeze out excess water. Allow to air dry.

EXHIBIT 5





**Distributed by DeRoyal**
200 DeBusk Lane
Powell, TN 37849 U.S.A.
888.938.7828
865.938.7828

Part A0-HeelBoost
©2006 DeRoyal All Rights Reserved
Revised 5/06