# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**NOVEMBER 19, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**07 C 6552**

**JUDGE KENDALL**
**MAGISTRATE JUDGE COLE**

**(a) PLAINTIFFS**
DM Systems, Inc.

**DEFENDANTS**
DeRoyal Industries, Inc.

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Knox
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611    Tel: (312)321-9100

Attorneys (If Known)

## II. BASIS OF JURISDICTION
■ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)
Citizen of This State: PTF ■ 1  DEF 1
Incorporated and Principal Place of Business In Another State: PTF 5  DEF ■ 5

## IV. NATURE OF SUIT
TORTS / 840 Trademark

## V. ORIGIN
■ 1 Original Proceeding

## VI. CAUSE OF ACTION
15 U.S.C., §1116 & 1121, 17 U.S.C. §501, 28 U.S.C. §1331, 1338 a and b. Trademark and copyright infringement

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: ■ Yes

**IX.** This case ■ is not a refiling of a previously dismissed action.

DATE: 11/19/07
SIGNATURE OF ATTORNEY OF RECORD: /s/ P. Stephen Fardy