**FILED**

**NOVEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6552**

| In the Matter of | Case Number: |
|---|---|
| DM Systems, Inc., Plaintiff | |
| vs. | |
| DeRoyal Industries, Inc., Defendant | |

**JUDGE KENDALL**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DM SYSTEMS, INC.

| | |
|---|---|
| NAME (Type or print)<br>P. Stephen Fardy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  P. Stephen Fardy | |
| FIRM<br>Swanson, Martin & Bell, LLP | |
| STREET ADDRESS<br>330 North Wabash, Suite 3300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230900 | TELEPHONE NUMBER<br>(312)321-9100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐