**FILED**
**NOVEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6552**

| | | |
|---|---|---|
| DM SYSTEMS, INC. | ) | |
| | ) | CASE NO.: |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **JUDGE KENDALL** |
| | ) | **MAGISTRATE JUDGE COLE** |
| DeROYAL INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURTS:

Plaintiff, DM Systems, Inc. ("DM Systems"), by and through its attorneys, Swanson, Martin & Bell, LLP, pursuant to Local Rule 3.4 of the U.S.D.C. Northern District of Illinois hereby gives its Notice of Claims involving Trademarks brought under the trademark laws of the United States 15 U.S.C. §1051, *et seq.* The litigants in this suit are as follows:

    Plaintiff:        DM Systems, Inc.
                        1316 Sherman Ave.
                        Evanston, IL 60201

    Defendant:    DeRoyal Industries, Inc.
                        200 DeBusk Lane
                        Powell, TN 37849

At issue in this case is DM Systems' United States Patent and Trademark Registration No. 2504470 for the mark HEELIFT in Class 010.

Respectfully submitted,

SWANSON, MARTIN & BELL, LLP


<u>/s/ P. Stephen Fardy</u>
One of the Attorneys for
DM Systems, Inc.

P. Stephen Fardy, #6230900
Keely V. Lewis, #6280469
Brendon P. Friesen, #6291555
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100