**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DM SYSTEMS, INC. ) | |
| ) | CASE NO.: 07cv6552 |
| Plaintiff, ) | |
| ) | JUDGE KENDALL |
| -vs- ) | |
| ) | MAGISTRATE JUDGE COLE |
| DeROYAL INDUSTRIES, INC. ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

**TO**:  DeRoyal Industries, Inc.         Autry O.V. DeBusk
200 DeBusk Lane                 Registered Agent for DeRoyal Industries, Inc.
Powell, TN 37849                200 DeBusk Lane
                                Powell, TN 37849

The undersigned hereby certifies that a copy of the foregoing ***Motion for Preliminary Injunction*** was filed electronically.  We caused of copy of said Motion to be served upon the parties listed above via Special Process Server on November 21, 2007.

/s/ P. Stephen Fardy
Attorneys for Plaintiff
DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100