IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DM SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>DeROYAL INDUSTRIES, INC. )<br>)<br>Defendant ) | CASE NO.: 07cv6552<br><br>JUDGE KENDALL<br><br>MAGISTRATE JUDGE COLE |

### CERTIFICATE OF SERVICE

**TO**:  DeRoyal Industries, Inc.          Autry O.V. DeBusk
       200 DeBusk Lane                  Registered Agent for DeRoyal Industries, Inc.
       Powell, TN 37849                 200 DeBusk Lane
                                        Powell, TN 37849

The undersigned hereby certifies that a copy of the foregoing **Motion for Leave to File a Brief in Excess of 15 Pages** was filed electronically. We caused of copy of said Motion to be served upon the parties listed above via Special Process Server on November 21, 2007.

                                        /s/ P. Stephen Fardy
                                        Attorneys for Plaintiff
                                        DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100