IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DM SYSTEMS, INC. | ) |
|     Plaintiff, | ) CASE NO.: 07cv6552 |
|     -vs- | ) JUDGE KENDALL |
| DeROYAL INDUSTRIES, INC. | ) MAGISTRATE JUDGE COLE |
|     Defendant | ) |

## NOTICE OF MOTION

**TO**:  DeRoyal Industries, Inc.          Autry O.V. DeBusk
       200 DeBusk Lane                 Registered Agent for DeRoyal Industries, Inc.
       Powell, TN 37849                  200 DeBusk Lane
                                                Powell, TN 37849

    **PLEASE TAKE NOTICE** that on December 4, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Judge Kendall in Courtroom 2378 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached *Motion for Leave to File a Brief in Excess of 15 Pages*, a copy of which is attached hereto and hereby served upon you.

                                                                 Respectfully submitted,

                                                                 **Swanson, Martin & Bell, LLP**

                                                                 /s/ P. Stephen Fardy
                                                                 Attorneys for Plaintiff
                                                                 DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100