IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DM SYSTEMS, INC. | ) |
| | ) CASE NO.: 07cv6552 |
| Plaintiff, | ) |
| | ) JUDGE KENDALL |
| -vs- | ) |
| | ) MAGISTRATE JUDGE COLE |
| DeROYAL INDUSTRIES, INC. | ) |
| | ) |
| Defendant | ) |

**CERTIFICATE OF SERVICE**

**TO**:  DeRoyal Industries, Inc.        Autry O.V. DeBusk
        200 DeBusk Lane                  Registered Agent for DeRoyal Industries, Inc.
        Powell, TN 37849                 200 DeBusk Lane
                                         Powell, TN 37849

The undersigned hereby certifies that a copy of the foregoing ***Motion for Expedited Discovery and to Set a Hearing Date for Preliminary Injunction*** was filed electronically. We caused of copy of said Motion to be served upon the parties listed above via Special Process Server on November 21, 2007.

                                        /s/ P. Stephen Fardy
                                        Attorneys for Plaintiff
                                        DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100