IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DM SYSTEMS, INC. ) | |
| ) | CASE NO.: 07cv6552 |
| Plaintiff, ) | |
| ) | JUDGE KENDALL |
| -vs- ) | |
| ) | MAGISTRATE JUDGE COLE |
| DeROYAL INDUSTRIES, INC. ) | |
| ) | |
| Defendant ) | |

### NOTICE OF MOTION

**TO**:  DeRoyal Industries, Inc.        Autry O.V. DeBusk
        200 DeBusk Lane                  Registered Agent for DeRoyal Industries, Inc.
        Powell, TN 37849                 200 DeBusk Lane
                                         Powell, TN 37849

**PLEASE TAKE NOTICE** that on December 4, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Judge Kendall in Courtroom 2378 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached ***Motion for Expedited Discovery and to Set a Hearing Date for Preliminary Injunction***, a copy of which is attached hereto and hereby served upon you.

                                        Respectfully submitted,

                                        **Swanson, Martin & Bell, LLP**


                                        /s/ P. Stephen Fardy
                                        Attorneys for Plaintiff
                                        DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100