**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DM SYSTEMS, INC. ) | |
| ) | CASE NO.: 07cv6552 |
| Plaintiff, ) | |
| ) | JUDGE KENDALL |
| -vs- ) | |
| ) | MAGISTRATE JUDGE COLE |
| DeROYAL INDUSTRIES, INC. ) | |
| ) | |
| Defendant ) | |

## CERTIFICATE OF SERVICE

**TO**:   Christian G. Stahl
Alan L. Barry
Bell, Boyd and Lloyd, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602

The undersigned hereby certifies that a copy of the foregoing *Appearance* was filed electronically. We caused of copy of said *Appearance* to be served upon the parties listed above via U.S. Regular Mail on December 3, 2007.

/s/ Brendon P. Friesen
Attorneys for Plaintiff
DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100