## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

DM Systems Inc
                          Plaintiff,

v.                                       Case No.: 1:07−cv−06552
                                       Honorable Virginia M. Kendall

DeRoyal Industries Inc
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

      MINUTE entry before Judge Virginia M. Kendall : Motion for preliminary injunction [7] is entered and continued, Preliminary Injunction hearing set for 3/31/2008 at 09:30 AM. Plaintiff's motion for leave to file briefs in excess of 15 pages [9] re preliminary injunction is granted; both parties may file briefs up to 21 pages long. Motion to expedite discovery [11] is granted as agreed by parties: Written discovery due 1/08/2008. Oral discovery of fact witnesses due 2/12/2008. Expert disclosures due 2/26/2008; expert depositions to be completed by 3/16/2008. Memorandum in support of preliminary injunction due 2/19/08. Response is due by 3/4/2008. Reply is due by 3/14/2008. Status hearing set for 3/17/2008 at 09:00 AM. Mailed notice (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.