AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DM Systems, Inc., Plaintiff

CASE NUMBER:   07 CV 6552

V.

ASSIGNED JUDGE:   Kendall

DeRoyal Industries, Inc., Defendant

DESIGNATED
MAGISTRATE JUDGE:   Cole

TO: (Name and address of Defendant)

DeRoyal Industries, Inc.
c/o Autry O.V. Debusk, Registered Agent
200 Debusk Lane
Powell, TN  37849

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

P. Stephen Fardy
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois  60611

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA

NOV 20 2007

(By) DEPUTY CLERK                                                                                               DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/26/07 |
|---|---|
| NAME OF SERVER *(PRINT)* CHARLES McBEE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 200 DEBUSK LN KNOXVILLE TN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): DELIVERED TO MARCIA KILBY, WHO IS AUTHORIZED TO ACCEPT SERVICE FOR AEROYAL INDUSTRIES

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/26/07
            Date

Signature of Server: Charles A McBee

Address of Server: P.O. BOX 26169 KNOXVILLE TN 37912

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.