**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DM SYSTEMS, INC. ) | |
| ) | CASE NO.: 07cv6552 |
| Plaintiff, ) | |
| ) | JUDGE KENDALL |
| -vs- ) | |
| ) | MAGISTRATE JUDGE COLE |
| DeROYAL INDUSTRIES, INC. ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF SERVICE**

To:   **All Counsel of Record**

   The undersigned attorney hereby certifies that on January 7, 2008, a copy of the foregoing **DM Systems, Inc.'s Reply to Counterclaim** was filed electronically. Notice of this filing will be sent to the parties listed above by operation of the Court's electronic filing system.

                                        /s/ Brendon P. Friesen
                                        Attorneys for Plaintiff
                                        DM Systems, Inc.

P. Stephen Fardy, #6230900
Brendon P. Friesen, #6291555
Keely V. Lewis #6280469
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100