# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

DM Systems Inc
                              Plaintiff,

v.                                                                       Case No.: 1:07−cv−06552
                                                                       Honorable Virginia M. Kendall

DeRoyal Industries Inc
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2008:

      MINUTE entry before Judge Virginia M. Kendall : On the Court's own motion, the 3/31/08 Preliminary Injunction hearing is stricken and reset for 4/2/2008 at 09:00 AM. The 3/24/2008 Status hearing stands. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.