UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

DM Systems Inc
                          Plaintiff,

v.                                         Case No.: 1:07−cv−06552
                                             Honorable Virginia M. Kendall

DeRoyal Industries Inc
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held 3/24/2008. Plaintiff's Motion for Preliminary Injunction [7] is withdrawn. The 3/31/08 status hearing set in−court is reset by this minute order to 4/1/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.