IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DM SYSTEMS, INC. | ) |
| | ) CASE NO.: 07cv6552 |
| Plaintiff, | ) |
| | ) JUDGE KENDALL |
| -vs- | ) |
| | ) MAGISTRATE JUDGE COLE |
| DeROYAL INDUSTRIES, INC. | ) |
| | ) |
| Defendant | ) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by the Plaintiff DM Systems, Inc. and Defendant DeRoyal Industries, Inc., as parties in the above-entitled action, through their respective counsel of record, that this cause, including all claims and counter-claims, be dismissed with prejudice as to both parties, with each party to bear their own costs, as all matters in controversy between Plaintiff and Defendant having been settled, compromised, and adjourned by a confidential settlement agreement. The Court shall retain jurisdiction over this matter to enforce the settlement agreement, up to and including July 11, 2008.

IT IS SO ORDERED. April 1, 2008.

ENTERED:
_____
Judge Kendall

By: s/ P. Stephen Fardy
P. Stephen Fardy
Brendon P. Friesen
Keely V. Lewis
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
(312) 321-9100

Counsel for DM Systems, Inc.

By: s/ Christian G. Stahl
Christian G. Stahl
Bell, Boyd & Lloyd, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602

Local Counsel for DeRoyal Industries, Inc.

By: s/ Geoffrey D. Kressin
Geoffrey D. Kressin
Ludeka, Neely & Graham, P.C.
P.O. Box 1871
Knoxville, TN 37901

Counsel for DeRoyal Industries, Inc.